IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00151-BNB

MANUEL C. RICHARDSON,

    Plaintiff,

v.

DANIELS, Warden,
JHONSON, Assistant Warden,
D. ALLRED, Clinical Director, and Unknown Named Officials,
MCDERMITT, Health Services Administrator,
S. JARDON, Administrative Remedy Coordinator, and
VANEK, Special Investigative Specialist,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Supplemental Brief to Amend Pursuant to (F.R.CV.P.) Rule 15(a)" (ECF No. 10) is **DENIED**.  In an Order filed on February 21, 2013, the Court directed Plaintiff to file an amended complaint pursuant to the directive stated in the Order.  The "Motion for Supplemental Brief" does not comply with the February 21 Order.  Accordingly, it is

    ORDERED that Plaintiff shall file an amended complaint, on the court-approved form, in compliance with the February 21, 2013 Order, **on or before April 19, 2013.** Plaintiff shall obtain the court-approved Prisoner Complaint form (with the assistance of his case manager or facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  Failure to comply with this Order may result in dismissal of this action without further notice.  It is

    FURTHER ORDERED that the "Motion for Discovery and Inspection Pursuant to (F.R.CV.P.) Rules 26(b)(3) . . ." (ECF No. 9) is **DENIED** as premature.

Dated:  March 19, 2013