IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00151-BNB

MANUEL C. RICHARDSON,

    Plaintiff,

v.

DANIELS, Warden,
JHONSON, Assistant Warden,
D. ALLRED, Clinical Director, and Unknown Named Officials,
MCDERMITT, Health Services Administrator,
S. JARDON, Administrative Remedy Coordinator, and
VANEK, Special Investigative Specialist,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 23, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 23 day of April, 2013.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/  S. Grimm
                    Deputy Clerk